UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/29/2020

STAR FABRICS, INC.,

                              Plaintiff,

              -against-

BURLINGTON STORES, INC. et al.,

                              Defendants.

1:20-cv-3340 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letter stating that they have reached a settlement in principle [ECF #34].  Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **July 14, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).  IT IS FURTHER ORDERED that the deadline for the parties to file their joint letter and Proposed Case Management Plan is adjourned *sine die*.

**SO ORDERED.**

**Date:  May 29, 2020**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1